Frederick Hamilton BANKS, Petitioner—Appellant,

v.

UNITED STATES ATTORNEY; Counselor Jackson; Bruce Pearson; Harley Lappin; Larry Randle; Constance Reese; Chaplain Holsten; Chaplain Williams; Correctional Officer Johnson; Jerry Barber, Correctional Officer; Gerald Bratcher; Mccutchon; Southerland; Katheryn Lawson, Doctor; Christopher Curry; Mildred Greer; Eden White; Counselor Griffen; Cameron Lindsey; Marc Renda; Art Roberts; Julie Nicklin; Walter Harris; D. Green; Denise Brewer; Patricia R. Stansberry; Chaplain Zickefoose; Chaplain Robinson, Respondents—Appellees.

No. 09–6096.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Oct. 14, 2009.

Frederick Hamilton Banks, Appellant
Pro Se.

Before NIEMEYER, MICHAEL, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Frederick Hamilton Banks appeals the
district court's order denying his petition
for writ of mandamus. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Banks v.
United States Attorney,* No. 5:08–hc–
02117–BO (E.D.N.C. Dec. 31, 2008). Al-
though we grant leave to proceed in forma
pauperis, we dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*